UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEANNE S. SMITH,

        Plaintiff,         CIVIL NO. 10-14770
                                    Judge Bernard A. Friedman
-v-                                      Magistrate Judge R. Steven Whalen

COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

It is hereby **ORDERED** that the defendant, Commissioner of Social Security, shall have an extension of time until June 13, 2011 to file his Response and Motion for Summary Judgment. Plaintiff's reply is due June 23, 2011.

                                                  s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  United States Magistrate Judge

Dated: May 13, 2011

_____

## CERTIFICATE OF SERVICE

     I hereby certify on May 13, 2011 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 13, 2011: **None.**

                                                  s/Michael E. Lang
                                                  Deputy Clerk to
                                                    Magistrate Judge R. Steven Whalen
                                                  (313) 234-5217